UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>03-20685-CR-SEITZ(s)</u>

UNITED STATES OF AMERICA

vs.

RUBEN MARTINEZ PUENTE,
LORENZO ALBERTO PEREZ-PEREZ,
and
FRANCISCO PEREZ-PEREZ,

        **Defendants.**

_____/

> FILED BY_____ **KAN** _____D.C.
>
> **May 20, 2026**
>
> ANGELA E. NOBLE
> CLERK U.S. DIST. CT.
> S. D. OF FLA. - Miami

### UNITED STATES' MOTION TO UNSEAL INDICTMENT

The United States, by and through the undersigned Assistant United States Attorney, files this Motion to Unseal the Indictment against all defendants in this matter.

WHEREFORE, the United States respectfully requests that the Indictment in this matter be unsealed by the Court.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:     */s/ Abbie D. Waxman*
        _____
        ABBIE D. WAXMAN
        Assistant United States Attorney
        Florida Bar No. 109315
        99 N.E. 4th Street
        Miami, FL 33132
        Tel: (786) 761-3133
        Email Abbie.Waxman@usdoj.gov