**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 03-20685-Cr-Gayles**


**UNITED STATES OF AMERICA,**


**v.**


**RAUL MODESTO CASTRO RUZ, et al.**

      **Defendants.**

_____/


**NOTICE OF APPEARANCE**


    COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, noticing this Honorable Court that the undersigned will appear as counsel on the above captioned case.



                    Respectfully submitted,

                    JASON A. REDING QUIÑONES
                    UNITED STATES ATTORNEY

    By:    /s/ *Michael E. Gilfarb*
           Michael E. Gilfarb
           Assistant United States Attorney
           Florida Bar No. 957836
           U.S. Attorney's Office
           99 N.E. 4th Street, Suite 500
           Miami, Florida 33132-2111
           Telephone: (305) 961-9015
           Email: Michael.Gilfarb@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on May 21, 2026, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF.


By:  <u>/s/ *Michael E. Gilfarb*</u>
Michael E. Gilfarb
Assistant United States Attorney